Charles H. Moore, as Receiver, etc., Appellant, *v.* J. Edward Simmons, as Receiver, etc., et al., Respondents.

(Argued June 10, 1892; decided June 17, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1891, which affirmed a judgment in favor of defendant, entered upon the report of a referee.

The following is the opinion in full:

" Upon the evidence contained in this record the case is not altered in favor of the defendant from the case presented to this court on the former appeal, our decision of which is reported in 115 N. Y. 65. We then held that the evidence raised only a question of law which we decided in favor of the plaintiff.

" If the views of this court upon such questions are to be followed, a plain case in favor of the plaintiff was again made out on the new trial before the referee, and judgment in favor of the plaintiff should, therefore, have been given. Notwith-

standing our former decision the referee, upon evidence which did not alter the defendant's case in any aspect to his advantage, dismissed the complaint of the plaintiff, when he ought to have granted judgment in his favor.

"For this clear error the judgment should again be reversed and a new trial ordered, with costs to abide the event."

*John Cunneen* and *R. L. Burrows* for appellant.

*David Willcox* for respondent.

All concur.
Judgment reversed. _____